NORTH IREDELL NEIGHBORS FOR RURAL LIFE, JERRY O. MISHOE, REBECCA MISHOE, BRYAN EDWARD LEACH, SHERLENE NINA LEACH, WILLIAM B. PITT, LUCINDA D. PITT, DWIGHT R. BRIDGES, JUANITA BRIDGES, BARRY D. MASON, RANDA J. MASON, FRANKLIN D. REAVIS, AMY L. REAVIS, ASHLEY DEAN REAVIS, ROBERT E. REAVIS, JANE REAVIS, RICKEY EUGENE REAVIS, CYNTHIA REAVIS, ROBERT LOUIS TAYLOR, CARROLL EUGENE WARD, NANCY WARD, STEVE KENNETH SOMERS AS TRUSTEE FOR THE STEVE KENNETH SOMERS REVOCABLE LIVING TRUST, DONNA S. SOMERS AS TRUSTEE FOR THE DONNA S. SOMERS REVOCABLE LIVING TRUST, AND LORRIE E. MARION BARKER, PLAINTIFFS v. IREDELL COUNTY, HARRY PHILLIP McLAIN, LOUISE DUARTE McLAIN, CHARLES MICHAEL McLAIN, AND JANET HEWITT McLAIN, DEFENDANTS

No. COA08-1010

(Filed 7 April 2009)

Appeal by plaintiffs from judgment entered 30 April 2008 by Judge John L. Holshouser, Jr., in Iredell County Superior Court. Heard in the Court of Appeals 11 February 2009.

CASHWELL v. DEPARTMENT OF STATE TREASURER

[196 N.C. App. 81 (2009)]

*Womble Carlyle Sandridge & Rice, PLLC, by Kurt E. Lindquist II and Sarah L. Buthe, for plaintiff-appellants.*

*Pope McMillan Kutteh Privette Edwards & Schieck, PA, by Martha N. Peed and William H. McMillan, for the McLains defendant-appellees.*

HUNTER, JR., Robert N., Judge.

For the reasons stated in *North Iredell Neighbors for Rural Life, et al. v. Iredell County et al.*, No. COA08-1068, (filed 7 April 2009), the trial court's judgment denying plaintiff-appellants' motion for injunctive relief pending appeal is affirmed.

Affirmed.

Judges McGEE and JACKSON concur.